18 F.3d 897
 SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE OF ALABAMA on
behalf of its members and on behalf of a state-wide class of
black voters; Reverend John L. Alford, individually and on
behalf of a class of black voters in the Fifteenth Circuit
and District of Montgomery County; Reverend Abraham Woods,
Jr., individually and on behalf of a class of black
voters in the Tenth Circuit and District of Jefferson
County; Reverend P.H. Lewis, individually and on behalf of
a class of black voters in the Thirteenth Circuit and
District of Mobile County; George W. Grayson, individually
and on behalf of a class of black voters in the Twenty-Third
Circuit; Charles Steele, Jr., individually and on behalf of
a class of black voters in the Sixth Circuit; Reverend John
Nettles, individually and on behalf of a class of black
voters in the Seventh Circuit; Pearlean S. Jackson,
individually and on behalf of a class of black voters in the
Twentieth Circuit; Reverend James Milton, individually and
on behalf of a class of black voters in the Fifth Circuit;
Jesse R. Williams, individually and on behalf of a class of
black voters in the Fourth Circuit; Edwin L. Moss,
individually and on behalf of a class of black voters in the
Fourth Circuit; Luther P. Carmichael, individually and on
behalf of a class of black voters in the Fourth Circuit;
Mary K. Stovall, individually and on behalf of a class of
black voters in the Twenty-Sixth Circuit and District of
Russell County; Arthur L. Sumbry, individually and on
behalf of a class of black voters in the Twenty-Sixth
Circuit and District of Russell County; Albert Turner,
individually and on behalf of a class of black voters in the
Fourth Circuit; J.S. Thomas, individually and on behalf of
a class of black voters in the Fourth Circuit; and Malcolm
R. Newman, individually and on behalf of a class of black
voters in the Twentieth Circuit, Plaintiffs-Appellants,
v.
Attorney General James H. EVANS; Chief Justice Sonny
Hornsby; Secretary of State Billy Joe Camp; Walker Hobbie,
Jr., Probate Judge, Montgomery County; Mike Bolin, Probate
Judge, Jefferson County; George Reynolds, Probate Judge,
Jefferson County; David G. Lightsey, Probate Judge, Bibb
County; Arthur C. Murray, Probate Judge, Calhoun County;
Emerson W. Thompson, Probate Judge, Chambers County;
Phillip W. Jordan, Probate Judge, Cleburne County; John W.
Jones, Jr., Probate Judge, Dallas County; E. Riley Lucas,
Probate Judge, Hale County; J.T. Harpe, Probate Judge,
Henry County; Cletus Yomans, Probate Judge, Houston County;
Alphonso Menefee, Probate Judge, Macon County; Frank
Riddick, Probate Judge, Madison County; W.L. Noonan,
Probate Judge, Mobile County; Donald R. Cook, Probate
Judge, Perry County; Mack Diamond, Probate Judge, Randolph
County; Wallace K. Brown, Probate Judge, Russell County;
Donald Fox, Probate Judge, Tallapoosa County; W. Hardy
McCollum, Probate Judge, Tuscaloosa County; Jerry Boggan,
Probate Judge, Wilcox County, Defendants-Appellees.
 No. 92-6257.
 United States Court of Appeals,
Eleventh Circuit.
 Feb. 28, 1994.
Order Granting Rehearing En Banc
and Vacating Opinion
March 23, 1994.
 
 J. Richard Cohen, Elizabeth Johnson, Montgomery, AL, for amicus curiae.
 James C. Wood, Simon, Wood & Crane, Mobile, AL, Fournier J. Gale, III, Maynard, Cooper, Frierson & Gale, Birmingham, AL, David R. Boyd, Balch & Bingham, Susan E. Russ, Miller, Hamilton, Snider & Odom, Montgomery, AL, for Noonan.
 Appeal from the United States District Court for the Middle District of Alabama (No. 88-H-00462-N), Truman M. Hobbs, Judge.
 Before HATCHETT and COX, Circuit Judges, and RONEY, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 The judgment of the district court is vacated, 785 F.Supp. 1469, and this case is remanded to the district court for reconsideration in light of Nipper v. Chiles, 1 F.3d 1171 (1993).
 
 
 2
 VACATED AND REMANDED.
 
 COX, Circuit Judge, dissenting:
 
 3
 I dissent. In my view Nipper should be reconsidered.
 
 ORDER
 
 4
 March 23, 1994.
 
 
 5
 Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH and BLACK, Circuit Judges.*
 
 BY THE COURT:
 
 6
 A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,
 
 
 7
 IT IS ORDERED that the above causes shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.
 
 
 
 *
 Judges Joel F. Dubina and Ed Carnes have recused themselves and will not participate
 Senior Judge Paul H. Roney has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. Sec. 46(c).